# UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Center City Healthcare, LLC<br>　　Debtor<br>_____ | Bankruptcy Case No.: 19−11466−MFW<br><br>Bankruptcy Chapter:  11 |
| Philadelphia Academic Health System, LLC<br><br>　　Plaintiff<br><br>　　vs.<br><br>Healthstream, Inc.<br><br>　　Defendant(s) | <br><br>Adv. Proc. No.:  21−50918−MFW |

### JUDGMENT BY DEFAULT

　　On 12/29/2021 default was entered against defendant(s) Healthstream, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

　　Judgment is entered against defendant(s) Healthstream, Inc. in the amount of $333,323.00 plus court filing costs in the amount of $350.00.

　　In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 1/3/22

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Una O'Boyle*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Una O'Boyle, Clerk of Court

(VAN−433a)

United States Bankruptcy Court
District of Delaware

Philadelphia Academic Health System, LLC,
    Plaintiff
                                  Adv. Proc. No. 21-50918-MFW
Healthstream, Inc.,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 03, 2022 | Form ID: van433a | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Philadelphia Academic Health System, LLC, 216 North Broad Street, 4th Floor, Philadelphia, PA 19102-1121 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jan 03 2022 21:06:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jan 03 2022 21:06:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2022                    Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John D. Demmy | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 03, 2022 | Form ID: van433a | Total Noticed: 3 |

        on behalf of Plaintiff Philadelphia Academic Health System  LLC john.demmy@saul.com, robyn.warren@saul.com

Mark Minuti

        on behalf of Plaintiff Philadelphia Academic Health System  LLC mark.minuti@saul.com, robyn.warren@saul.com

TOTAL: 2